IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| TONY FALLIN, | * |
| Plaintiff, | * |
| v. | Case No. 1:17-CV-162(WLS) |
| | * |
| WAL-MART STORES EAST, L.P. and HOLLIS ROOFING, INC. , | * |
| Defendants. | * |

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated December 4, 2018, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 5th day of December, 2018.

David W. Bunt, Clerk

s/ William C. Lawrence, Deputy Clerk